UNITED STATES of America,
Plaintiff,

v.

GOVERNMENT OF THE VIRGIN ISLANDS, Defendant.

No. CIV.84–104.

District Court, Virgin Islands,
D. St. Thomas and St. John.

March 7, 2003.

David Nissman, Esq., United States Attorney, William Dillon, Esq., Special Assistant United States Attorney, David Lewis, Esq., Assistant United States Attorney, Donald G. Frankel, Esq., U.S. Department of Justice, for the plaintiff.

Iver A. Stridiron, Esq., Attorney General, Michael Law, Esq., Assistant Attorney General, Douglas Jurgens, Esq., Assistant Attorney General, for the defendant.

## ORDER

### Agreed Modifications for Exhibit A Repairs

MOORE, District Judge.

Pursuant to the Court's direction at the end of the February 13, 2003 Status Conference in this matter, the Government of the Virgin Islands reached an agreement with the United States for new deadlines for wastewater repairs, including some additional repairs to the Exhibit A projects. These agreed modifications are incorporated into Exhibit A of the Court's December 19, 2001 Order (as amended by the Court's November 19, 2002 Order). Having considered the entire record in this matter, including the testimony and documentary evidence presented at the hearings on January 30, February 3 and 13, 2003, and based on the agreement of the parties, it is hereby,

ORDERED, ADJUDGED AND DECREED that:

The revised deadlines for the projects/repairs covered by the invalid and now-cancelled GRM Contract, as well as with respect to the other projects/repairs required by the Court's December 19, 2001 Order (as amended by the Court's November 19, 2002 Order) that, as discussed at the Status Hearing held on February 13, 2003, have not been completed in a timely manner set forth in the "Agreed Modifications for Exhibit A Repairs" and "Exhibit A Schedule for Repairs (As agreed to by

parties on February 27, 2002)" are adopted by the Court as follows:

## A. ST. CROIX

1. *St. Croix Wastewater Treatment Plant*

a. Mechanical Seals will now be used at the Plant and these seals are to be installed by April 15, 2003.

b. A written Standard Operating Procedure, acceptable to EPA, will be submitted by March 30, 2003.

2. *St. Croix Sewer Collection System*

(These Projects were formerly covered under the Global Resources Management Contract.)

a. Race Track Repair—May 30, 2003 to begin construction and August 31, 2003 to complete work.

b. Bethlehem Gut Repair—May 30, 2003 to begin construction and August 31, 2003 to complete work.

c. Catherine's Rest Repair—May 30, 2003 to begin construction and August 31, 2003 to complete work.

d. Adventure Gut Investigation and Repair—Complete investigation by March 31, 2003. If repairs are needed, begin construction by May 30, 2003 and complete construction by August 31, 2003.

3. Figtree Pump Station

a. Repairs to Pumps. The deadlines for repairs for all the pumps are extended to April 30, 2003.

b. Replace Motor Control Center for all Pumps, refurbish Starters and Controllers. The deadline is extended from February 3, 2003 to April 30, 2003.

c. Replace or repair air exhaust/inlet ventilation system in the wet-well. The deadline for this repair is extended from December 31, 2002 to April 30, 2003.

d. Replace Check Valves, flanges and spool pieces. The deadline for this repair is extended from February 3, 2003 to April 30, 2003.

e. Repair/reinforce all house pump anchor bases. The deadline for this repair is extended from February 3, 2003 to April 30, 2003.

4. *Lagoon Street Pump Station*

a. New Emergency Generator shall be installed by April 30, 2003.

b. Inspection of discharge pipe shall be completed by May 30, 2003 and all repairs completed by November 30, 2003.

5. *LBJ Pump Station*

a. New Emergency Generator. The Generator is on-island but further engineering is required before it can be installed. The Parties have agreed to extend this deadline to March 28, 2003.

b. Replace or repair any Pumps that are not operational so that all the house pumps are in full operational condition at all times. The parties have agreed to extend this deadline to April 30, 2003.

6. *New 2003 St. Croix Projects/Repairs*

The parties have agreed to add some new projects/repairs with associated deadlines to Exhibit A. These projects and repairs are to be funded from the Wastewater Corrective Action Trust Fund bank account (created pursuant to Section A.3 of the Court's December 19, 2001 Order). The Government shall reimburse the bank account for these projects/repairs by September 30, 2003.

a. Lagoon Street Pump Station—replace or repair any pumps that are not operational so that all three

house pumps are in full operational condition—July 31, 2003.

b. St. Croix Pump Stations other than LBJ, Figtree, and Lagoon Street—replace or repair any pumps that are not operational so that all the house pumps are in full operational condition—August 31, 2003.

c. St. Croix Pump Stations other than LBJ, Figtree and Lagoon Street—replace or repair any emergency generators that are not operational so that all emergency generators are in full operational condition—May 30, 2003.

d. Lagoon Street Pump Station and LBJ Pump Station—install "T" valves so that an emergency diesel pump can be used at these stations—July 31, 2003.

e. Acquire an additional diesel emergency pump for use on St. Croix—July 31, 2003.

f. Estate Diamond Sewer Repair—August 31, 2003.

7. *Sanitary Sewer System Evaluation*

The Government is given until March 31, 2004 to complete this project.

## B. ST. THOMAS

1. *Airport Lagoon.*

The Government is given until March 14, 2003 to have all repairs completed and the plant fully operational. The deadline for reinforcement of the Lagoon West Berm is extended to March 31, 2004. The VI Government has taken the position that this requirement should be deleted because it does not have control and jurisdiction over this area to effectuate the repair. The VI Government shall submit its justification to EPA and EPA shall determine whether it agrees that this requirement should be deleted.

2. *Cancryn Pump Station*

The deadline is extended for installation of the explosion-proof lights and other repairs is extended to March 30, 2003 with the exception of the repairs to the hoist which shall be completed by April 30, 2003.

3. *Long Bay Pump Station*

The parties have agreed to extend the deadline for these repairs from January 31, 2003 to March 30, 2003 with the exception of the installation of the hoist which shall be completed by April 30, 2003.

4. *Airport Pump Station*

The parties have agreed to extend the deadline for all repairs to March 30, 2003 with the exception of the hoist support frame and hoist which shall be completed by April 30, 2003.

5. *Vessup Bay WWTP*

The VI Government is given until March 30, 2003 to submit either a plan for replacement of the plant or an estimate from a qualified contractor for the repair (lining) of the tank walls. If the tank walls are to be repaired, the walls shall be repaired by August 31, 2003. If the entire plant is to be replaced, the VI Government is given until March 30, 2004 to have a replacement plant installed and in operation.

6. *Brassview WWTP*

The Parties have agreed to extend the deadline for these repairs to March 30, 2003.

## C. ST. JOHN

1. *Construction of Power Boyd Pump Station.*

Plans and specifications shall be prepared by August 30, 2003 and construction of the station is to be completed by

August 30, 2004. The Government has indicated that the construction of the plant may not be feasible until there is a sufficient level of rate payers to justify construction of the station. The Government shall submit a written justification to the EPA and the EPA shall review any such submission in order to determine whether it agrees with the Government's position to delay the project. It is further

**ORDERED AND DECREED,** that the Revised Exhibit A, Schedule for Repairs (As agreed to by parties on February 27, 2003), is attached hereto and incorporated herein by reference

Exhibit A Schedule for Repairs
(As agreed to by parties on February 27, 2003)

| Projects/Repairs | | Current deadlines (as of Court's November 2002 Order) | New completion dates agreed to by the VI Govt and the EPA. |
|---|---|---|---|
| | *St. Croix* | | |
| St. Croix WWTP | contract operation until the Virgin Islands has achieved six consecutive months of compliance with all applicable effluent limitations (*see* Amended Decree Section V.3) | November 30, 2002 (start date) March 29, 2003 completion date for all three islands | |
| | repair septage receiving station or replace by positive displacement pump | February 8, 2002 Completed | COMPLETED |
| | replace/repair the mechanical bar screens mechanism | August 28, 2002 | COMPLETED |
| | repair grit collector mechanism; install new sluice gates, new railings, cross members, frame, and grit scrapers | Manual operation of mechanism with vacuum truck is allowed until plant is upgraded or replaced. | Written SOP to be submitted by March 30, 2003. |
| | repair or replace the sludge removal mechanism (scraper system) in the clarifiers, refurbish the sludge drain pipes and sludge waste pumps | December 31, 2002 | COMPLETED |
| | repair overhead crane limit switch | February 28, 2002 | COMPLETED |
| | replace one variable speed starter and two single speed starters for influent pumps | November 15, 2002 | COMPLETED |
| | repair mechanical seals for influent pumps | November 30, 2002 (packing seals) | April 15, 2003 (mechanical seals) |
| | repair collapsed land portion of outfall | October 31, 2002 | COMPLETED |
| | repair digester pumps | April 30, 2002 Completed | COMPLETED |
| St. Croix Sewer Collection System | repair Race Track open hole with sewage flowing through it located adjacent to the east Airport road and the Randal "Doc" James Horse Race Track | December 30, 2002 | Begin construction by May 30, 2003. Complete repair by August 31, 2003. |

| | | | |
|---|---|---|---|
| | repair Bethlehem Gut sewer line discharging into the . Bethlehem Gut, west of the Territorial Court, at the bridge which traverses the Bethlehem Gut. | December 30, 2002 | Begin construction by May 30, 2003. Complete repair by August 31, 2003. |
| | Investigate and repair Catherine's Rest collapsed line segment. | December 30, 2002 | Begin construction by May 30, 2003. Complete repair by August 31, 2003. |
| | Investigate Adventure Gut accumulation of raw sewage near the Patrick Sweeney Police Headquarters. | December 30, 2002 | Complete investigation by March 31, 2003. If repairs are required, begin construction by May 30, 2003 and complete construction by August 31, 2003. |
| | Conduct sanitary sewer system evaluation survey, infiltration/ inflow studies with recommendations to replace or repair collapsed sewer line segments around St. Croix and stop inflow. | March 29, 2003 | March 31, 2004 |
| | Replace or repair any collapsed sewer line segments in St. Croix not identified above and stop inflow in accordance with sanitary sewer system evaluation survey recommendations | September 30, 2005 All three islands | |
| Figtree Pump Station | Overhaul house Pump No. 3, refurbish and replace the bearings | April 30, 2002 Completed | |
| | evaluate and repair overhead crane | | COMPLETED |
| | replace or repair any pumps that are not operational, so that all the house pumps are in full operational condition at all times. | January 20, 2003 (one pump) February 3, 2003 (second pump) | April 30, 2003 |
| | replace motor control center for all pumps, refurbish starters and comptrollers . | February 3, 2003 | April 30, 2003 |
| | replace or repair air exhaust/ inlet ventilation system in wet well | December 31, 2002 | April 30, 2003 |
| | replace check valves, flanges and spool pieces | February 3, 2003 | April 30, 2003 |
| | repair/reinforce all house pumps anchor bases | February 3, 2003 | April 30, 2003 |
| | refurbish emergency generator (alternate power unit) | February 28, 2003 (to replace) | April 30, 2003 |

| | | | |
|---|---|---|---|
| Lagoon Street P S | new emergency generator (alternate power unit) repair of the discharge pipe | February 28, 2003 | April 30, 2003<br><br>·Inspection completed by May 30, 2003. Repairs completed by November 30, 2003 |
| LBJ PS | new emergency generator (alternate power unit) | December 30, 2002 | March 28, 2003 |
| | replace or repair any pumps that are not operational, so that all the house pumps are in full operational condition at all times | February 3, 2003 | April 30, 2003 |
| **NEW 2003 ST. CROIX REPAIRS** | | | |
| Lagoon Street PS | Replace or repair any pumps that are not operational so that all three house pumps are in full operational condition | | July 31, 2003 |
| Lagoon Street and LBJ Pump Stations | Install T valves so that an emergency diesel pump can be used at these stations. | | July 31, 2003 |
| St. Croix Pump Stations (other than | Replace or repair any pumps that are not operational so that all the house pumps are in full operational condition | | August 31, 2003 |
| LBJ, Figtree and Lagoon Street). | Replace or repair emergency generators that are not operational so that all emergency generators are in full operational condition. | | May 30, 2003 |
| St. Croix Diesel Pump | Acquire emergency diesel pump for use on St. Croix. | | July 31, 2003 |
| Estate Diamond | Repair the existing sewer problem. | | August 31, 2003 |
| Funding for the new 2003 Repairs | The new 2003 repairs shall be funded from the bank account created pursuant to section A.3 of the Court's December 19, 2001 Order. The Virgin Islands shall reimburse the account for the funds required for these repairs/projects. | | September 30, 2003 to reimburse bank account. |
| *St. Thomas* | | | |
| Airport Lagoon WWTP | repair or replace chlorine generator or put in place an alternative disinfection program | December 30, 2002 | COMPLETED |

| | | | |
|---|---|---|---|
| | repair or replace all mechanical blowers, repair air manifolds for the aeration system, install miscellaneous air piping, valves, fittings and diffusers | December 30, 2002 | COMPLETED |
| | repair or replace baffle curtain | December 30, 2002 | COMPLETED |
| | headwork improvements; install screening device to trap objects (bar screen), install distribution header and diffuser to allow influent to enter lagoon below water surface and eliminate existing influent fall into the lagoon, install flow meter, | December 30, 2002 | March 14, 2003 |
| | remove sludge from lagoon. | December 30, 2002 | COMPLETED |
| | Repair internal sludge recycling mechanism | December 30, 2002 | COMPLETED |
| | enhance sampling points (influent and effluent locations), provide platform (rest) for sampling equipment | December 30, 2002 | COMPLETED |
| | reinforce lagoon west berm | December 30, 2002 | March 24, 2004 |
| | repair access road | December 30, 2002 | COMPLETED |
| | refurbish administration building | August 31, 2002 Completed | COMPLETED |
| | refurbish/repair emergency generator | April 30, 2002 Completed | COMPLETED |
| | contract operation until the Virgin Islands has achieved six consecutive months of compliance, utilities/chemicals | December 30, 2003 | |
| Cancryn PS | repair/ replace inlet/exhaust air ventilation system, install explosion-proof lights in dry well, repair or replace bar screen, provide overhead crane or lift for operator to remove screened debris | Exhaust—competed Lights December 31, 2002 Bar screens/crane January 31, 2003 | March 30, 2003 for all repairs except hoist which shall be completed by April 30, 2003 |
| Long Bay PS | repair/replace inlet/exhaust air ventilation system, repair/ replace explosion-proof lights in dry well, repair or replace bar | January 31, 2003 | March 30, 2003 for all repairs except hoist which shall be completed by April |

| | | | |
|---|---|---|---|
| | screen, provide overhead crane or lift for operator to remove screened debris | | 30, 2003 |
| Airport PS | repair/replace inlet/exhaust air ventilation system, repair/replace explosion-proof lights in dry well, repair or replace bar screen, provide overhead crane or lift for operator to remove screened debris | Bar screen/crane January 31, 2003 | March 30, 2003 for all repairs except hoist which shall be completed by April 30, 2003 |
| Vessup Bay WWTP (Nazareth) | replace tank walls that are corroded | December 30, 2002 | By March 30, 2003 submit a plan for either replacement or lining of tank walls. Repair tank walls by August 31, 2003 if this option is used or replace entire plant by March 30, 2004 |
| Brassview WWTP | Repair/replace outfall or implement acceptable effluent disposal method (i.e.; resource recovery for agricultural purposes) including plant rehab | December 30, 2002 | March 30, 2003 |
| Mangrove Lagoon WWTP | contract operation to continue for two years from commencement of operation of plant (*see* Amended Decree Section V.1) | January 31, 2002 or from startup of Mangrove (whichever occurs first) | |
| Emergency Sewer Line Repairs | Repair of collapsed sewer lines at Territorial Court and Airport Road. | | COMPLETED |
| | | *St. John* | |
| George Simmonds PS | Replace concrete lid and access hatch, install new pump bases and rails, install new control panel, and replace or repair fencing. | March 31, 2003 | COMPLETED |
| Cruz Bay Ejector PS | Replace or repair pump that is not operational, replace pump controls and electrical boxes. | Completed | COMPLETED |
| Cruz Bay Pond Mouth PS | Repair or replace two non-operational pumps, repair or replace emergency generator. | Pending execution Of Operations Contract October 31, 2002 | COMPLETED |
| | Construct new Power Boyd Pump Station | August 30, 2003 | Plans and specifications to be submitted by August 30, 2003. Completion of project by August 30, 2004. |
| Cruz Bay WWTP | contract operation to continue until for two years from commencement of operation | Started 09–28–2001 | |

| | | | |
|---|---|---|---|
| | of plant (*see* Amended Decree Section V.1) | | |
| George Simmonds WWTP | Improvements for the George Simmonds WWTP to enhance treatment capabilities | April 30, 2003 | |
| | Miscellaneous | | |
| | Reimburse the $1.9 million of funds that the Virgin Islands has indicated were incorrectly taken out of an account for the Mangrove Lagoon project. | March 31, 2002 Completed | COMPLETED |
| | Purchase equipment, hand tools and materials for in-house repairs. Purchase water truck, vehicles, existing vehicle repair | July 30, 2002 | |